In the Matter of GUSSIE BRENNER, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— In a proceeding under article 78 of the Civil Practice Act, to review a determination of the respondents, who constitute the State Liquor Authority, revoking petitioner's license upon findings of violation of section 65 and subdivision 6 of section 106 of the Alcoholic Beverage Control Law, determination unanimously confirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.